Molly M. Rezac
Nevada Bar No. 7435
molly.rezac@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
3800 Howard Hughes Parkway, Ste. 1500
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SENTINEL ROCK WEALTH MANAGEMENT, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH R. HARTLEY; ERISEY WEALTH MANAGEMENT, LLC, an Arizona limited liability company,<br><br>Defendants. | Case No.: 2:16-cv-01643-MMD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS**<br><br>**(FIRST REQUEST)** |

Defendants Kenneth R. Hartley and Erisey Wealth Management, LLC ("Defendants") and Plaintiff Sentinel Rock Wealth Management, LLC ("Plaintiff"), by and through their undersigned counsel, hereby stipulate and first request that the dispositive motion deadline set forth in the Stipulation and Order to Reopen Discovery and Extend Related Deadlines (ECF No. 52) be extended by 45 days. The current deadline for dispositive motions is Friday, July 13th, 2018. The Parties respectfully request that the deadline for dispositive motions be moved to August 27, 2018. This request is submitted pursuant to LR IA 6-1 and 6-2 and LR 7-1 and 26-4 and is the parties' first request for an extension concerning the dispositive motions.

There is good cause for this requested extension. The transcript from Kenneth Hartley's May 21, 2018 deposition has not yet been received by either party due to the court reporter falling ill. This transcript is overdue and an expected completion date has not yet been established. Additionally, counsel for Defendants, Molly M. Rezac, will be out of the office several weeks this

summer for work and for vacation.

For all the reasons stated above, good cause exists to extend the discovery cut-off in this matter.

DATED this 21st day of June, 2018.  DATED this 21st day of June, 2018.

CLARK HILL PLC

/s/ *Ryan J. Lorenz*
Ryan J. Lorenz
Nevada Bar No. 8165
14850 N. Scottsdale Road, Suite 500
Scottsdale, AZ  85254

LAGOMARSINO LAW

Andre M. Lagomarsino
Nevada Bar No. 6711
3005 West Horizon Ridge Pkwy., Ste. 241
Henderson, NV 89052

*Attorneys for Plaintiff*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Molly M. Rezac*
Molly M. Rezac
Nevada Bar No. 7435
Amy A. McGeever
Nevada Bar No. 13535
3800 Howard Hughes Pkwy., Ste. 1500
Las Vegas, NV 89169
*Attorneys for Defendants*

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 6-25-2018