Ryan J. Lorenz – #8165
**CLARK HILL PLC**
14850 N. Scottsdale Road, Suite 500
Scottsdale, Arizona 85254
Telephone: (480) 684-1100
Facsimile: (480) 684-1167
Email: rlorenz@clarkhill.com

Andre Lagomarsino – #6711
**LAGOMARSINO LAW**
3005 W. Horizon Ridge Parkway, Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
Email: aml@lagomarsinolaw.com

*Attorneys for Plaintiff*
*Sentinel Rock Wealth Management, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Sentinel Rock Wealth Management, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>Kenneth R. Hartley; Erisey Wealth Management, L.L.C., an Arizona limited liability company,<br><br>Defendants. | Case No. 2:16-cv-01643-MMD-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Plaintiff Sentinel Rock LLC and Defendants Hartley and Erisey Wealth Management LLC, through counsel, hereby stipulate to extend the response time for the cross-motions for summary judgment (doc. 59, 60, 61). The deadline is September 17, 2018. The Plaintiff requires an additional week to file its response, to September 24, 2018. Plaintiff's counsel has been required to appear in a series of

1

hearings in Bisbee, Arizona, in preparation for a two week trial in the Cochise County, Arizona Superior Court. The Plaintiff agrees that the parties should have simultaneous deadlines for their responses. Thus, the parties stipulate to extend both sides' deadline for responses to September 24, 2018 as to both sides' motions for summary judgment (doc. 59, 60, 61).

**DATED** this 17 day of September, 2018.

| | |
|---|---|
| **LAGOMARSINO LAW** | **OGLETREE, DEAKINS, NASH** |
| **AND** | **SMOAK & STEWART, P.C.** |
| **CLARK HILL PLC** | |
| By:/s/ Ryan J. Lorenz | By:/s/ Molly M. Rezac |
| Ryan J. Lorenz | Molly M. Rezac |
| *Attorneys for Plaintiff* | Nevada Bar No. 7435 |
| *Sentinel Rock Wealth Management, LLC* | *3800 Howard Hughes Pkwy.* |
| | Suite 1500 |
| | Las Vegas, NV 89169 |
| | *Attorney for Defendants* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: September 18, 2018

2

220266762.1 54833/198850
220267156.1 48522/324375

3

220266762.1 54833/198850
220267156.1 48522/324375