Ryan J. Lorenz – #8165
**CLARK HILL PLC**
14850 N. Scottsdale Road, Suite 500
Scottsdale, Arizona 85254
Telephone: (480) 684-1100
Facsimile: (480) 684-1167
Email: rlorenz@clarkhill.com

Andre Lagomarsino – #6711
**LAGOMARSINO LAW**
3005 W. Horizon Ridge Parkway, Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
Email: aml@lagomarsinolaw.com

*Attorneys for Plaintiff*
*Sentinel Rock Wealth Management, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Sentinel Rock Wealth Management, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>Kenneth R. Hartley; Erisey Wealth Management, L.L.C., an Arizona limited liability company,<br><br>Defendants. | Case No. 2:16-cv-01643-MMD-VCF<br><br>**STIPULATION TO SET ASIDE JUDGMENT AND DISMISS AND ORDER** |

Plaintiff Sentinel Rock Wealth Management, LLC and Defendants Kenneth R. Hartley and Erisey Wealth Management, LLC, through their respective counsel, hereby stipulate to set aside the judgment for costs [doc 78] and to dismiss the Plaintiff's complaint [doc 1] with prejudice, with each side to bear their respective fees and costs.

1

221855972.1 54833/198850

**DATED** this 2 day of July 2019.

**LAGOMARSINO LAW**

**AND**

**CLARK HILL PLC**

By:/s/ Ryan J. Lorenz
    Ryan J. Lorenz
    *Attorneys for Plaintiff*
    *Sentinel Rock Wealth Management, LLC*

**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**

By:/s/ Molly M. Rezac
    Molly M. Rezac
    Marcus B. Smith
    *Attorneys for Defendants Kenneth Hartley*
    *and Erisey Wealth Management, LLC*

### ORDER SETTING ASIDE JUDGMENT
### AND
### ORDER OF DISMISSAL

This matter came before the court on the stipulation [doc 79] to set aside the judgment for costs [doc 78] and to dismiss the Plaintiff's complaint [doc 1]. Good cause appearing,

**IT IS ORDERED** setting aside the judgment for costs [doc 78].

**IT IS FURTHER ORDERED** dismissing the Plaintiff's complaint [doc 1] with prejudice, with each party to bear their respective fees and costs. The court notes that this matter is or was on appeal to the Ninth Circuit Court of Appeals [doc

2

76]. This order shall take effect upon issuance of mandate from the Ninth Circuit Court of Appeals or upon resumption of jurisdiction of this court.

**IT IS SO ORDERED:**

_____
**Hon. Mirand M. Du**
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** July 2, 2019

3

221855972.1 54833/198850